FILED
2012 Sep-05 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES ROBERT CLARK, and KIMBERLY CLARK,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:11-cv-04341-AKK** |
| **FLUKE CORPORATION, et al.,** | ) | |
| **Defendants.** | ) | |

## SUMMONS

**TO DEFENDANT:** Gunn & Associates, P.C.
c/o Robert Vogel, Registered Agent
1716 Platt Place
Montgomery, AL 36117

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is: **Glenda G. Cochran, Cochran & Associates, 310 21st Street North, Suite 500, Birmingham, Alabama 35203.**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9|5|12

SHARON N. HARRIS, CLERK
By: C V. Alexander
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES ROBERT CLARK, and KIMBERLY CLARK,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:11-cv-04341-AKK** |
| **FLUKE CORPORATION, et al.,** | ) | |
| **Defendants.** | ) | |

**SUMMONS**

**TO DEFENDANT:** Kenneth Ray Gunn, Jr.
2119 E 2nd Street
Montgomery, AL 36106

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is: **Glenda G. Cochran, Cochran & Associates, 310 21st Street North, Suite 500, Birmingham, Alabama 35203.**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/5/12

SHARON N. HARRIS, CLERK
By: G. Alexander
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES ROBERT CLARK, and KIMBERLY CLARK,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:11-cv-04341-AKK** |
| **FLUKE CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SUMMONS**

**TO DEFENDANT:** Gaines T. Todd, Jr.
24 Lilly Pad Circle
Millbrook, AL 36054

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is: **Glenda G. Cochran, Cochran & Associates, 310 21st Street North, Suite 500, Birmingham, Alabama 35203.**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/5/12

SHARON N. HARRIS, CLERK

By: C. V. Alexander
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES ROBERT CLARK, and KIMBERLY CLARK,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:11-cv-04341-AKK** |
| **FLUKE CORPORATION, et al.,** | ) | |
| **Defendants.** | ) | |

**SUMMONS**

**TO DEFENDANT:** McKee & Associates Architecture and Interior Design, Inc.
c/o Walter T. McKee, Jr., Registered Agent
631 S Hull Street
Montgomery, AL 36104

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is: **Glenda G. Cochran, Cochran & Associates, 310 21st Street North, Suite 500, Birmingham, Alabama 35203.**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/5/12

SHARON N. HARRIS, CLERK

By: C. V. Alexander
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203