FILED
2013 Apr-01 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES ROBERT CLARK,** | ) | |
| **and KIMBERLY CLARK** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action Number |
| **v.** | ) | **2:11-cv-04341-AKK** |
| | ) | |
| **FLUKE CORPORATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The court having been informed that this case has been amicably settled, it is **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**. This court shall retain jurisdiction over the parties for sixty (60) days for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by **May 31, 2013**. Otherwise, after that date this action will be deemed dismissed with prejudice.

**DONE** the 1st day of April, 2013.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE