FILED
2013 May-13 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES ROBERT CLARK, et al., | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| vs. | } | Case No.: 2:11-CV-4341-AKK |
| | } | |
| FLUKE CORPORATION, et al., | } | |
| | } | |
| Defendants. | } | |
| | } | |

**STIPULATION OF DISMISSAL**

COME NOW the parties and stipulate to the dismissal of the above-referenced case, with prejudice, costs taxed as paid. A proposed Order is attached.

.

Attorneys for Plaintiffs
Charles Robert Clark and Kimberly Clark

OF COUNSEL:

Glenda G. Cochran
Matthew R. Moneyham
COCHRAN & ASSOCIATES
310 21st Street North, Suite 500
Birmingham, Alabama 35203

One of the Attorneys for Defendants
Fluke Corporation and Fluke Electronics
Corporation

OF COUNSEL:
Lee M. Hollis
Melody H. Eagan
J. Bradley Powell
Jeffrey P. Doss
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203

Attorneys for ~~Defendant~~
Garner Electric, Inc.

OF COUNSEL:
Jack J. Hall, Sr.
Carleton P. Ketcham, III
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 20th Street North
Birmingham, Alabama 35203

Attorneys for Defendant
McKee & Associates

OF COUNSEL:
E. Britton Monroe
W. Robert Sickler
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

Attorneys for Defendants
Gunn & Associates, P.c., Kenneth Ray
Gunn, Jr. and Gaines T. Todd, Jr.

OF COUNSEL:
John M. Laney, Jr.
Forrest L. Adams
LANEY & FOSTER, P.C.
P.O. Box 43798
Birmingham, Alabama 35243-0798

Attorneys for Defendants,
General Electric Company and
Mayer Electric Company

**OF COUNSEL:**

S. Allen Baker, Jr.
Adam K. Israel
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL 35201-0306
Phone: 205.226-3416

John B. Savoca
Smith & Duggan LLP
Lincoln North, 55 Old Bedford Road
Lincoln, MA 02773-1135
Phone: 617. 228-4452

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES ROBERT CLARK, et al., | } | |
| Plaintiffs, | } | |
| | } | Case No.: 2:11-CV-4341-AKK |
| vs. | } | |
| FLUKE CORPORATION, et al., | } | |
| Defendants. | } | |

**ORDER**

Upon consideration of the parties' Stipulation of Dismissal, is hereby ORDERED, ADJUDGED and DECREED that this case is dismissed, with prejudice, costs taxed as paid.

Done this ______ day of ______________________, 2013.

_______________________________
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE