FILED
2013 May-14 AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES ROBERT CLARK and KIMBERLY CLARK,** | ) | |
| Plaintiffs, | ) | |
| **v.** | ) | Civil Action Number **2:11-cv-04341-AKK** |
| **FLUKE CORPORATION, et al.,** | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Consistent with the Joint Stipulation of Dismissal submitted by the parties, doc. 102, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Costs taxed as paid.

**DONE** the 14th day of May, 2013.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE